AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Jonathan Lee Riches

JUDGMENT IN A CIVIL CASE

v.

Peanut Corporation of America, et al

CASE NUMBER: CV-09-0041-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff has not filed a civil rights Complaint. He has not paid the filing fee or submitted an application to proceed in forma pauperis. Furthermore, this case must be dismissed sua sponte because proper venue does not lie in the Eastern District of Washington. 28 U.S.C. § 1391(b)(2) dictates that civil actions shall be brought in the judicial district in which a substantial part of the events giving rise to the claim occurred. The court does not find it in the interest of justice to transfer this case to any other jurisdiction. The case at hand appears to be just one more in a pattern of pleadings filed by this Plaintiff in a distant jurisdiction for no apparent reason. This action must be DISMISSED without prejudice.

| | |
|---|---|
| February 23, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |